JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PENA, | Case No. CV 13-8446-GAF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LINDA T. McGREW, Warden, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: November 22, 2013

_____

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS - 6